UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ZAQUAN J. WALLEY,

                              Petitioner,                  9:22-cv-308
                                                                                     (ECC/ML)
v.

AMY LAMANNA,

                              Respondent.
_____

Zaquan J. Walley, *Petitioner, pro se*
Michelle Elaine Maerov, *Asst. Att'y General, for Respondent*

**Hon. Elizabeth C. Coombe, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

      Petitioner Zaquan J. Walley, a New York State inmate, filed a Petition seeking a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. Respondent has answered and filed the appropriate state-court records. Dkt. Nos. 14, 15, 16. Petitioner did not file a reply. This matter was assigned to United States Magistrate Judge Miroslav Lovric who issued a Report and Recommendation on April 2, 2025, recommending that the Petition be denied and dismissed in its entirety, and that no certificate of appealability be issued to Petitioner. Dkt. No. 53. Magistrate Judge Lovric advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. Dkt. No. 53 at 14. Petitioner did not file an objection within the relevant deadline. On April 21, 2025, Petitioner filed a Motion for a Certificate of Appealability, requesting that the Court "recognize that the claims presented raise substantial constitutional issues warranting appellate review." Dkt. No. 54.

As no objections to the Report and Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report and Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report and Recommendation for clear error and found none, the Report and Recommendation is adopted in its entirety.

Petitioner's motion for a certificate of appealability is also denied. Upon careful review of Magistrate Judge Lovric's Report and Recommendation, Petitioner's motion papers, and the relevant portions of the state court record, the Court agrees that Petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2).

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Lovric's Report and Recommendation, Dkt. No. 53, is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Petition, Dkt. No. 1, is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that Petitioner's motion for a certificate of appealability, Dkt. No. 54, is **DENIED**. Any further request for a certificate of appealability must be addressed to the Court of Appeals (Fed. R. App. P. 22(b)); and it is further

**ORDERED** that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules.

   **IT IS SO ORDERED.**

Dated: September 23, 2025

Elizabeth C. Coombe
U.S. District Judge